# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                               **Case No. 6:22-cr-98-PGB-DCI**

**PRESTON PERCYVILLE CRESSER,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Preston Percyville Cresser, in the above-styled cause.

The Clerk is requested to enter the appearance of Karla M. Reyes, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 1st day of July 2022.

                                              A. FITZGERALD HALL, ESQ.
                                              FEDERAL DEFENDER

                                              _s/Karla M. Reyes_
                                              Karla M. Reyes, Esq.
                                              Assistant Federal Defender
                                              Florida Bar No.0072652
                                              201 S. Orange Avenue, Suite 300

Orlando, FL 32801  
Telephone: 407-648-6338  
Fax: 407-648-6095  
E-Mail: karla_reyes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Shannon Laurie, Assistant U.S. Attorney, this 1st day of July 2022.

<u>s/Karla M. Reyes</u>  
Attorney for Defendant