Start Time: 12/7/2021 12:54:21 AM(UTC-5)
Last Activity: 12/7/2021 1:32:03 PM(UTC-5)
Participants: ██████████████1234@icloud.com
██████████████1234@icloud.com, princeknight736@icloud.com
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:54:21 AM(UTC-5)
Source App: Native Messages
Body:
Ayyee
----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:54:36 AM(UTC-5)
Source App: Native Messages
Body:
Ayyee
----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:56:12 AM(UTC-5)
Source App: Native Messages
Body:
If u block me u just gone make it worse so u might as well respond
----------------------------
From: ██████████████1234@icloud.com ██████████████1234@icloud.com
Timestamp: 12/7/2021 12:56:37 AM(UTC-5)
Source App: Native Messages
Body:
U got the wrong number
----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:56:49 AM(UTC-5)
Source App: Native Messages
Body:
No I don't
----------------------------
From: ██████████████1234@icloud.com ██████████████1234@icloud.com

Timestamp: 12/7/2021 12:56:54 AM(UTC-5)

Source App: Native Messages

Body:

Huh

-----------------------------

From: +████9689 Prince Knight (owner)

Timestamp: 12/7/2021 12:57:19 AM(UTC-5)

Source App: Native Messages

Body:

This ████████ right

-----------------------------

From: ████████1234@icloud.com ████████1234@icloud.com

Timestamp: 12/7/2021 12:57:25 AM(UTC-5)

Source App: Native Messages

Body:

No

-----------------------------

From: ████████1234@icloud.com ████████1234@icloud.com

Timestamp: 12/7/2021 12:57:38 AM(UTC-5)

Source App: Native Messages

Body:

Y

-----------------------------

From: +████9689 Prince Knight (owner)

Timestamp: 12/7/2021 12:57:41 AM(UTC-5)

Source App: Native Messages

Body:

Unsure cuz I'm texting her iCloud rn

-----------------------------

From: +████9689 Prince Knight (owner)

Timestamp: 12/7/2021 12:57:45 AM(UTC-5)

Source App: Native Messages

Body:

Not her number

-----------------------------

From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:57:52 AM(UTC-5)
Source App: Native Messages
Body:
So let's stop playing games
------------------------------
From: ████████████1234@icloud.com ████████████1234@icloud.com
Timestamp: 12/7/2021 12:58:15 AM(UTC-5)
Source App: Native Messages
Body:
Well I her bestie I have this phone know she have ah new one
------------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:59:00 AM(UTC-5)
Source App: Native Messages
Body:
Tell ████████ to text me now and ik this is ████████ I can see you stupid stop
playing so much
------------------------------
From: ████████████1234@icloud.com ████████████1234@icloud.com
Timestamp: 12/7/2021 12:59:17 AM(UTC-5)
Source App: Native Messages
Body:
Huh
------------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:59:28 AM(UTC-5)
Source App: Native Messages
Body:
I don't wanna make this a big deal but if u don't start listening rn it's gone be a
big deal
------------------------------
From: ████████████1234@icloud.com ████████████1234@icloud.com
Timestamp: 12/7/2021 12:59:40 AM(UTC-5)
Source App: Native Messages

Body:
Omg
-----------------------------
From: ███████████ 1234@icloud.com s███████████ 1234@icloud.com
Timestamp: 12/7/2021 12:59:43 AM(UTC-5)
Source App: Native Messages
Body:
Wat
-----------------------------
From: ████████ 9689 Prince Knight (owner)
Timestamp: 12/7/2021 12:59:46 AM(UTC-5)
Source App: Native Messages
Body:
So what u gonna do act right or u gone keep playing stupid
-----------------------------
From: ███████████ 1234@icloud.com ██████████ 1234@icloud.com
Timestamp: 12/7/2021 12:59:58 AM(UTC-5)
Source App: Native Messages
Body:
Fine
-----------------------------
From: ███████████ 1234@icloud.com s██████████ 1234@icloud.com
Timestamp: 12/7/2021 12:59:59 AM(UTC-5)
Source App: Native Messages
Body:
Wat
-----------------------------
From: ████████ 9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:00:03 AM(UTC-5)
Source App: Native Messages
Body:
Good
-----------------------------
From: ███████████ 1234@icloud.com ██████████ 1234@icloud.com
Timestamp: 12/7/2021 1:00:07 AM(UTC-5)

Source App: Native Messages
Body:
Y

-----------------------------
From: ███████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:00:09 AM(UTC-5)
Source App: Native Messages
Body:
Wat

-----------------------------
From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:00:32 AM(UTC-5)
Source App: Native Messages
Body:
I smart just for that I won't post u cuz u did the smart thing and listened

-----------------------------
From: +█████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:00:38 AM(UTC-5)
Source App: Native Messages
Body:
U

-----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:00:47 AM(UTC-5)
Source App: Native Messages
Body:
Ok

-----------------------------
From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:01:50 AM(UTC-5)
Source App: Native Messages
Body:
But this is not gone be a big deal I just wanna talk get sum from u then leave
no posting and I don't wanna make this a huge thing I just wanna get u to
cooperate with me so we both get this done and we don't have drama after this

-----------------------------
From: +█████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:01:53 AM(UTC-5)
Source App: Native Messages
Body:
Deal
-----------------------------
From: +█████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:02:27 AM(UTC-5)
Source App: Native Messages
Body:
Be smart don't do what I did last time cuz that is gonna make it a big thing
and then ima have to start hacking again I don't wanna do that today
-----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:02:27 AM(UTC-5)
Source App: Native Messages
Body:
Deal
-----------------------------
From: █████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:03:18 AM(UTC-5)
Source App: Native Messages
Body:
So listen I still have them videos of u and ██████
-----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:03:24 AM(UTC-5)
Source App: Native Messages
Body:
Ok
-----------------------------
From: +████████ Prince Knight (owner)
Timestamp: 12/7/2021 1:03:27 AM(UTC-5)
Source App: Native Messages

Body:
I don't wanna post them and I'm not going to
----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:03:31 AM(UTC-5)
Source App: Native Messages
Body:
Just listen
----------------------------
From: ██████████1234@icloud.com s███████████1234@icloud.com
Timestamp: 12/7/2021 1:03:38 AM(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:03:58 AM(UTC-5)
Source App: Native Messages
Body:
I told u when I get home to do it for me otp and u never did
----------------------------
From: +1████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:04:31 AM(UTC-5)
Source App: Native Messages
Body:
I want u to do that but this time when u do when u get done just don't respond
back to me u can go on bout your normal day
----------------------------
From: ██████████1234@icloud.com ███████████1234@icloud.com
Timestamp: 12/7/2021 1:04:35 AM(UTC-5)
Source App: Native Messages
Body:
Uhmmh
----------------------------
From: +████████9689 Prince Knight (owner)

Timestamp: 12/7/2021 1:04:54 AM(UTC-5)
Source App: Native Messages
Body:
No arguing not posting nobody else involved
-----------------------------
From: ██████████1234@icloud.com ██████████1234@icloud.com
Timestamp: 12/7/2021 1:05:08 AM(UTC-5)
Source App: Native Messages
Body:
When u mean by day can plz mean life
-----------------------------
From: +██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:05:43 AM(UTC-5)
Source App: Native Messages
Body:
I mean for a few months til I come back
-----------------------------
From: ██████████1234@icloud.com ██████████1234@icloud.com
Timestamp: 12/7/2021 1:05:52 AM(UTC-5)
Source App: Native Messages
Body:
Y
-----------------------------
From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:06:08 AM(UTC-5)
Source App: Native Messages
Body:
Cuz obviously ima keep wanting it from u and I only
-----------------------------
From: ██████████1234@icloud.com ██████████1234@icloud.com
Timestamp: 12/7/2021 1:06:09 AM(UTC-5)
Source App: Native Messages
Body:
I'm just ah kid bro
-----------------------------

From: ████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:06:20 AM(UTC-5)
Source App: Native Messages
Body:
So u finna start doing this
----------------------------
From: ████39689 Prince Knight (owner)
Timestamp: 12/7/2021 1:06:23 AM(UTC-5)
Source App: Native Messages
Body:
Okay
----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:06:35 AM(UTC-5)
Source App: Native Messages
Body:
Okay
----------------------------
From: +████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:06:36 AM(UTC-5)
Source App: Native Messages
Body:
I ain't wanna get to this but I can see u finna start
----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:06:51 AM(UTC-5)
Source App: Native Messages
Body:
Huh
----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:06:57 AM(UTC-5)
Source App: Native Messages
Body:
Wym

-----------------------------

From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:07:21 AM(UTC-5)
Source App: Native Messages
Body:
U finna start not listening and trying to get out of doing it

-----------------------------

From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:07:26 AM(UTC-5)
Source App: Native Messages
Body:
I asked h not to do that

-----------------------------

From: █████████1234@icloud.com s██████████1234@icloud.com
Timestamp: 12/7/2021 1:07:39 AM(UTC-5)
Source App: Native Messages
Body:
No thts not wat I'm doing

-----------------------------

From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:07:58 AM(UTC-5)
Source App: Native Messages
Body:
U sure cuz I can get how I was last time

-----------------------------

From: ██████████1234@icloud.com ████████████1234@icloud.com
Timestamp: 12/7/2021 1:08:18 AM(UTC-5)
Source App: Native Messages
Body:
I have to do it only

-----------------------------

From: █████████1234@icloud.com s██████████1234@icloud.com
Timestamp: 12/7/2021 1:08:24 AM(UTC-5)
Source App: Native Messages
Body:

One time

------------------------------

From: ███████████1234@icloud.com ███████████1234@icloud.com

Timestamp: 12/7/2021 1:08:31 AM(UTC-5)

Source App: Native Messages

Body:

Nd how long

------------------------------

From: ███████9689 Prince Knight (owner)

Timestamp: 12/7/2021 1:08:46 AM(UTC-5)

Source App: Native Messages

Body:

Yah just once and when I done u can go on bout your day

------------------------------

From: ███████████1234@icloud.com ███████████1234@icloud.com

Timestamp: 12/7/2021 1:08:55 AM(UTC-5)

Source App: Native Messages

Body:

How long

------------------------------

From: ███████9689 Prince Knight (owner)

Timestamp: 12/7/2021 1:08:56 AM(UTC-5)

Source App: Native Messages

Body:

And just til I say stop that shouldn't be long

------------------------------

From: s███████████1234@icloud.com ███████████1234@icloud.com

Timestamp: 12/7/2021 1:09:08 AM(UTC-5)

Source App: Native Messages

Body:

How many minutes

------------------------------

From: ███████9689 Prince Knight (owner)

Timestamp: 12/7/2021 1:09:18 AM(UTC-5)

Source App: Native Messages

Body:
It's kinda like when u did it with ▇▇▇▇ last time like 10 minutes
----------------------------
From: ▇▇▇▇▇▇▇1234@icloud.com ▇▇▇▇▇▇▇1234@icloud.com
Timestamp: 12/7/2021 1:09:30 AM(UTC-5)
Source App: Native Messages
Body:
Ten minutes
----------------------------
From: ▇▇▇▇9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:09:33 AM(UTC-5)
Source App: Native Messages
Body:
Maybe less than that
----------------------------
From: ▇▇▇▇9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:09:37 AM(UTC-5)
Source App: Native Messages
Body:
But yah
----------------------------
From: ▇▇▇▇▇▇▇234@icloud.com ▇▇▇▇▇▇▇1234@icloud.com
Timestamp: 12/7/2021 1:09:40 AM(UTC-5)
Source App: Native Messages
Body:
Ok 5
----------------------------
From: ▇▇▇▇9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:09:53 AM(UTC-5)
Source App: Native Messages
Body:
Nah 10 is the maximum
----------------------------
From: ▇▇▇▇▇▇▇1234@icloud.com ▇▇▇▇▇▇▇1234@icloud.com
Timestamp: 12/7/2021 1:10:05 AM(UTC-5)

Source App: Native Messages
Body:
8
-----------------------------
From: +████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:10:10 AM(UTC-5)
Source App: Native Messages
Body:
8 is the minimum
-----------------------------
From: s███████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 1:10:20 AM(UTC-5)
Source App: Native Messages
Body:
Can I do tht one
-----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:10:51 AM(UTC-5)
Source App: Native Messages
Body:
Sure but u gotta do it how I want u to do it don't be going slow do it fast get it
over with then have a good rest of your night
-----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:10:55 AM(UTC-5)
Source App: Native Messages
Body:
Ft me
-----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:10:57 AM(UTC-5)
Source App: Native Messages
Body:
Rn
-----------------------------

From: ██████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 2:16:27 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_9a_10_3503D0FA-704A-46A6-92F8-B974AF15744D_filtered-
039FCC96-0EDB-4BE5-9A90-2411E0DABB9A.mov
#2: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_69_09_5453C929-FA04-4F26-930C-
5E341E4E1165_FinalVideo_1634536556.483938.mov
#3: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_a9_09_6E184728-F4FA-460A-A06A-41E5A20FABC6_filtered-
F2CAFF2C-F186-4F53-BA25-BA759C88AED3.mov
Body:

------------------------------
From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:07:50 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_b5_05_F67E6553-89FF-498E-AAE8-
AAB34DFEF606_IMG_2626.jpg
Body:

------------------------------
From: ██████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:11:51 AM(UTC-5)
Source App: Native Messages
Body:
Really

-----------------------------

From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:12:09 AM(UTC-5)
Source App: Native Messages
Body:
U want me to post this and send it to your mom
-----------------------------

From: ████████████1234@icloud.com s████████1234@icloud.com
Timestamp: 12/7/2021 3:12:14 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_f8_08_C065C6BC-88F3-4DA2-A0AD-1FEDBEB5B3CD_Audio
Message.caf
Body:

-----------------------------

From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:12:34 AM(UTC-5)
Source App: Native Messages
Body:
Or u wanna listen and stop giving me attitude
-----------------------------

From: ████████████1234@icloud.com ████████████1234@icloud.com
Timestamp: 12/7/2021 3:13:09 AM(UTC-5)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_princeknight██@icloud.com\attachments1\__Library_SMS_Atta
chments_a7_07_3432ACDE-B51F-435D-8C5B-92F2BBA9C10A_Audio
Message.caf
Body:

-----------------------------

From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:13:33 AM(UTC-5)
Source App: Native Messages
Body:
Ft me now and act right this yo last chance I swear I'm not playing
----------------------------
From: ████████1234@icloud.com ████████1234@icloud.com
Timestamp: 12/7/2021 3:31:35 AM(UTC-5)
Source App: Native Messages
Body:
Gn
----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 3:31:46 AM(UTC-5)
Source App: Native Messages
Body:
Gn❤️
----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 4:35:11 AM(UTC-5)
Source App: Native Messages
Body:
Your pussy was so fucking good 😏😏😏
----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 8:20:07 AM(UTC-5)
Source App: Native Messages
Body:
Good morning
----------------------------
From: ████████9689 Prince Knight (owner)
Timestamp: 12/7/2021 1:32:03 PM(UTC-5)
Source App: Native Messages
Body:
Hello

------------------------------