UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,   Case No. 6:22-cr-98-PGB-DCI

Plaintiff,            ☐
Government         ☒          ☐ Evidentiary
                              ☐ Trial
                              ☒ Other

v.

PRESTON PERCYVILLE CRESSER

Defendant            ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Government's Sentencing Memorandum (Doc. 62) |
| 2 | | | | Exhibit 1- MV-1 Chats (Doc. 62-1) |
| 3 | | | | Exhibit 2: Screenshots of Live Facetime Recording with MV-3 (Doc. 62-2) |
| 4 | | | | Exhibit 3: Screenshots of Live Facetime Recording with MV-4 (Doc. 62-3) |
| 5 | | | | Under Seal: Victim Impact Statement MV-2 |

Case No.: 6:17-cr-159-PGB-DCI                                                      Page 2 of 2 Pages

**EXHIBIT LIST - Continuation Sheet**